No. 357. Ex PARTE MANZANO.—Application by Pedro Manzano Aviño for approval of notarial bond executed by the National Surety Company in favor of The People of Porto Rico November 19, 1912. Decided December 23, 1912. Bond approved. Petitioner appeared *per se*.

---

No. 917. MONCLOVA *v.* REXACH, AS VICAR OF ARECIBO.—Appeal from the District Court of Arecibo. Motion of respondent to dismiss appeal. Decided December 23, 1912. Motion overruled. *Mr. Antonio Sarmiento* for respondent. *Mr. Luis Abella Blanco* for appellant.

---

No. 934. RIDEBOCK & Co. *v.* GILLIES.—Appeal from the District Court of San Juan, Section 1. Motion of respondent to dismiss appeal. Decided December 23, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and 303 of the same code. *Mr. E. S. Paine* for the moving party. *Mr. Joseph Anderson, Jr.,* for the adverse party.

---

No. 933. BANCO DE PUERTO RICO *v.* VINCENTY.—Appeal from the District Court of Mayagüez. Motion of respondent to dismiss appeal. Decided December 23, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911, and 303 of the same code. *Mr. José de Diego* for respondent. *Mr. Leopoldo Felíu* for adverse party.

---

No. 932. TALAVERA *v.* CASTRO.—Appeal from the District Court of Mayagüez. Motion of respondent to dismiss appeal. Decided December 23, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and section 303 of the same code. *Mr. Pascasio Fajardo* for the moving party. *Mr. Luis Montalvo* for the adverse party.